| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO**<br>506 E. Main Street<br>Aspen, Colorado 81611<br>(970) 925-7635 | DATE FILED<br>May 19, 2025 12:33 PM<br>FILING ID: AEC000603DAFA<br>CASE NUMBER: 2025CV30049 |
| **Plaintiff:**<br>**SILVERSTREAM TOWNHOME ASSOCIATION**<br><br>**v.**<br><br>**Defendant:**<br>**FIREMAN'S FUND INSURANCE COMPANY** | ☐ COURT USE ONLY ☐<br><br>Case Number:<br><br>Div: |
| *Attorneys for PLAINTIFF:*<br><br>**Daniel E. Becnel, III (Bar No. 39678)**<br>**Kathryn W. Becnel (Bar No. 39677)**<br>*Becnel Law*<br>**425 West Airline Highway, Suite B**<br>**LaPlace, LA 70068**<br>**And**<br>**1395 Sierra Vista Drive**<br>**Aspen, CO  81611**<br>**(985) 651-6101**<br>becket@becnellaw.com<br>kathryn@becnellaw.com | |
| **COMPLAINT** ||

Plaintiff, Silverstream Townhome Association, by and through its counsel, BECNEL LAW, Daniel E. Becnel, III, and Kathryn W. Becnel, for its Complaint against Defendant, Fireman's Fund Insurance Company, states and alleges as follows:

### PARTIES, ENTITIES AND PERSONS INVOLVED

Plaintiff, Silverstream Townhome Association (Plaintiff), is a non-profit corporation doing business in the State of Colorado.

Defendant, Fireman's Fund Insurance Company one of the Allianz Insurance Companies, upon information and belief, is an insurance company doing business in the State of Colorado.

## JURISDICTION AND VENUE

The Court has jurisdiction over this matter and Defendants pursuant to C.R.S. § 13-1-124(1)(a) because this cause of action arises from the transaction of business within the State of Colorado.

Venue is proper in Pitkin County District Court pursuant to C.R.C.P. 98(c)(4) because the contract at issue in this action was entered into, and the services were performed, in Pitkin County.

## GENERAL ALLEGATIONS

1. Silverstream Townhome Association purchased a policy of insurance USC029443230 for homeowners insurance from Fireman's Fund Insurance Company, one of the Allianz Insurance Companies.

2. On or about February 27, 2024, a storm hit, and there was wind damage to the roof located at 926 East Durant Avenue, Aspen, Colorado 81611.  Policy Number USC029443230 was in place on this date.

3. Due to the strong winds, damage was caused across the entire surface of the roof.

4. Silverstream Townhome Association retained Storm Help Pro inspect the roof with a drone and provided said report to Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, and made demand for payment for repairs.  Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, has failed to pay the claim despite amicable demand.

## CLAIMS FOR RELIEF
### FIRST CLAIM FOR RELIEF
**(Breach of Contract Claim)**

5. Silverstream Townhome Association incorporates and restates the allegations in all preceding paragraphs as though fully restated herein.

6. Silverstream Townhome Association and Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, entered into a valid and enforceable contract. Silverstream Townhome Association performed all its obligations under the contract.

7. Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, has denied its claim to repair the roof under its policy of insurance.

8. As a result of Fireman's Fund Insurance Company, one of the Allianz Insurance Companies bad faith, Silverstream Townhome Association has damage and is entitled to a judgment in the amount of at least $362,544.73 plus interest, and other amounts to be proven at trial.

9. Silverstream Townhome Association has had to pay attorney fees and costs as a result of the denial of the claim.

### SECOND CLAIM FOR RELIEF
**(Common-Law Bad Faith)**

10. Silverstream Townhome Association incorporates and restates the allegations in all preceding paragraphs as though fully restated herein.

11. Silverstream Townhome Association alleges that Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, acted unreasonably in denying Silverstream Townhome Association's claim. Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, did so with knowledge of, and with reckless disregard for, the fact that no reasonable basis existed for its' denial.

### THIRD CLAIM FOR RELIEF
**(Statutory Bad Faith)**

12. Silverstream Townhome Association incorporates by reference all preceding paragraphs as if fully set forth herein.

13. Silverstream Townhome Association and Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, entered into a valid and enforceable contract. Silverstream Townhome Association performed all obligations under the contract.

14. Fireman's Fund Insurance Company, one of the Allianz Insurance Companies, failed to timely pay for damages causing irreparable damages to the home.

### DEMAND FOR JURY

Silverstream Townhome Association demands a jury on all claims so triable.

### RESERVATION OF RIGHTS

Silverstream Townhome Association reserves the right to amend this Complaint and to add additional claims and parties if necessary.

### PRAYER FOR RELIEF

**WHEREFORE**, Silverstream Townhome Association respectfully requests that the Court enter judgment in its favor and against Fireman's Fund Insurance Company, one of the Allianz Insurance Companies as follows:

1. For compensatory damages, including, but not limited to, Silverstream Townhome Association's actual damages, all direct economic costs and losses, and allowable consequential damages;

2. For treble damages and attorneys' fees under C.R.S. § 18-4-405, plus other amounts to be determined at trial;

3. For prejudgment and post-judgment interest; and

4. For all other and further relief as this Court deems just and proper.

Respectfully submitted this 30th day of May, 2025.

| | |
|---|---|
| */s/ Daniel E. Becnel, III* | */s/ Kathryn Becnel* |
| Daniel E. Becnel, III (Bar No. 39678) | Kathryn Becnel (Bar No. 39677) |
| *Becnel Law* | *Becnel Law* |
| 425 West Airline Highway, Suite B | 425 West Airline Highway, Suite B |
| LaPlace, LA 70068 | LaPlace, LA 70068 |
| And/Or | And/Or |
| 1395 Sierra Vista Drive | 1395 Sierra Vista Drive |
| Aspen, CO  81611 | Aspen, CO  81611 |
| (985) 651-6101 | (985) 651-6101 |
| becket@becnellaw.com | kathryn@becnellaw.com |

In accordance with C.R.C.P. 121 § 1-29(9) a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.

## Certificate of Service

I hereby certify that on this 19th day of May, 2025, I electronically filed the foregoing with the Clerk of Court by using the ICCES System, which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel E. Becnel, III*
Daniel E. Becnel, III
(Original Signature on File)

*/s/ Kathryn Becnel*
Kathryn Becnel
(Original Signature on File)